**Alphonso SIMPSON, Plaintiff—Appellant,**

v.

**Jame UTTLEY, Defendant—Appellee.**

**No. 08–8104.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 30, 2009.

Alphonso Simpson, Appellant Pro Se.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonso Simpson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simpson v. Uttley*, No. 7:08–cv–00034–H (E.D.N.C. Sept. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*